UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-8-08
JUL 0 8 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 08 CR 529 |
| vs. ) | Magistrate Judge Cole |
| ) | |
| RAFAEL BELTRAN, ) | |
| also known as "RAFY," ) | ~~UNDER SEAL~~ |

## GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, hereby moves the Court to seal the Criminal Complaint, Affidavit, and Arrest Warrant in the above-captioned case until 5:00 p.m. on August 8, 2008 or until the arrest of Rafael Beltran, whichever occurs first. In support of this motion, the government states as follows:

The government intends to conduct the arrest of Beltran during the next 30 days. Disclosure of the information contained in the Criminal Complaint, Affidavit and Arrest Warrant would jeopardize the ability to make this arrest. The government requests that law enforcement officers be allowed to enter the warrant into law enforcement databases while the Complaint, Affidavit and Warrant are under seal.

WHEREFORE, the United States respectfully requests that the Criminal Complaint, Affidavit and Arrest Warrant in this matter be sealed until 5:00 p.m. on August 8, 2008 or the arrest of Beltran, whichever occurs first.

        Respectfully submitted,

        **PATRICK J. FITZGERALD**
        United States Attorney

By: *[signature]*
        **Lindsay C. Jenkins**
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-0962