# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 529 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | UNDER SEAL: United States of America vs. Rafael Beltran | | |

**DOCKET ENTRY TEXT**

Government's motion to seal criminal complaint, affidavit and arrest warrant is granted until 5:00 p.m. on August 8, 2008, or the arrest of Rafael Beltran, which ever comes first. Enter Order.

■ [ For further detail see separate order(s).]          NO NOTICES.

| | Courtroom Deputy | CDH |
|---|---|---|