UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 08 CR 529 |
| vs. ) | Magistrate Judge Cole |
| ) | |
| RAFAEL BELTRAN, ) | |
| also known as "RAFY," ) | ~~UNDER SEAL~~ |

## ORDER

This matter comes before the Court on the government's Motion to Seal Criminal Complaint, Affidavit and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, and Arrest Warrant are ordered sealed until 5:00 p.m. on August 8, 2008, or the arrest of Rafael Beltran, whichever occurs first. Law enforcement officers are allowed to enter the warrant into law enforcement databases while the Complaint, Affidavit and Warrant are under seal.

JEFFREY COLE
United States Magistrate Judge

Dated: Jul 8 08