# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 529 - 1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | UNDER SEAL: USA vs. Rafael Beltran | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued on 7/8/08.

No Notices

| | Courtroom Deputy Initials: | CDH |
|---|---|---|