# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 529 - 1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. Rafael Beltran | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/11/08. Defendant informed of rights. Enter order appointing Thomas M. Durkin to represent defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 7/17/08 at 2:00 p.m.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|

2008 JUL 15 AM 8:11

U.S. DISTRICT COURT

FILED