## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 529 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Rafael Beltran | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination. Defendant ordered bound to the District Court for further proceedings. Detention hearing continued to 7/24/08 at 1:30 p.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | DK |
|---|---|---|