# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 529 - 1 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Rafael Beltran | | |

**DOCKET ENTRY TEXT**

Counsel for Defendant advises the Court that Defendant waives his right to a detention hearing without prejudice. Defendant ordered detained pending further proceedings. Detention hearing set for 7/24/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DK |
|---|---|---|