UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 529 |
| v. ) | |
| ) | Violations: Title 21, United States Code, |
| RAFAEL BELTRAN ) | Section 841(a)(1) |
| also known as "Rafy," ) | |
| ) | |

JUDGE JOHN W. DARRAH

MAGISTRATE JUDGE COLE

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about September 27, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAFAEL BELTRAN
also known as "Rafy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 25, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> RAFAEL BELTRAN
> also known as "Rafy,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY