Minute Order Form (06/97)

**United States District Court, Northern District of Illinois**

08 GJ 617  NF

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHN W DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0529 | DATE | August 6, 2008 |
| CASE TITLE | US v. RAFAEL BELTRAN | | |

FILED
AUG X 6 2008

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

GRAND JURY PROCEEDING

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

MAGISTRATE JUDGE COLE

DOCKET ENTRY:

**NO BOND SET, DETAINTED BY MAGISTRATE.**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #