# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 529 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Rafael Beltran | | |

**DOCKET ENTRY TEXT**

Arraignment held on 8/13/08. Defendant informed of his rights. Defendant enters a plea of not guilty to all counts of the Indictment. Rule 16.1 Conference to be held by 8/20/08. Pretrial motions to be filed by 8/27/08. Response to be filed by 9/3/08. Reply to be filed by 9/10/08.  Ruling on motion(s) set before Judge Darrah on 9/18/08 at 9:45 a.m.  In the interest of justice, time is ordered excluded to 9/18/08 pursuant to 18:3161(h)(8)(A)(B). (X-T).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|